```
KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN T. BRICKER (State Bar No. 269100)
GIA L. CINCONE (State Bar No. 141668)
CALLA E. YEE (State Bar No. 306652)
Two Embarcadero Center, Suite 1900
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300
E-Mail:       gsgilchrist@kilpatricktownsend.com
              rbricker@kilpatricktownsend.com
              gcincone@kilpatricktownsend.com
              cyee@kilpatricktownsend.com
```

Attorneys for Plaintiff
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO., | Case No. 5:16-cv-06344-EJD |
|---|---|
| Plaintiff, | **[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION** |
| v. | Date:   May 16, 2019 |
| RICHARD I SPIECE SALES CO., INC., | Time:  9:00 a.m. |
| Defendant. | Place:  Courtroom 4, Fifth Floor |
| | Judge:  Honorable Edward J. Davila |
| | Amended Complaint filed August 7, 2017 |

Plaintiff's motion for entry of default judgment was properly noticed and served and was noticed for hearing on May 16, 2019, at 9:00a.m.  The Court rules as follows:

**I.     Summary of the Complaint**

1.     Plaintiff Levi Strauss & Co. ("LS&Co.") has filed a First Amended Complaint alleging trademark infringement, dilution, and unfair competition under federal and California law` against Richard I Spiece Sales Co., Inc. ("Spiece Sales" or "Defendant").  LS&Co. alleges that Spiece Sales has imported, promoted, advertised, distributed, offered, and sold clothing products, including jeans, that violate LS&Co.'s rights in a number of its federally registered trademarks. (Docket No. 25-1 ("First Amended Complaint"), ¶¶ 6-21.)  LS&Co. further alleges that many of the infringing products that Spiece Sales has manufactured, sourced, marketed, offered for sale and/or

sold display designs that are confusingly similar to LS&Co.'s Tab Device Trademark (the "Tab trademark"), and LS&Co.'s family of three-digit marks (collectively the "500 Series trademarks"). Defendant has failed to respond to LS&Co.'s First Amended Complaint and default was entered on November 13, 2017.  (Docket No. 29.)

## II.     Findings of Fact

2.     LS&Co. has federal trademark registrations for its Tab trademark and 500 Series trademarks.  LS&Co. continuously has used these trademarks, some for nearly a century, to distinguish its products.  (First Amended Complaint ¶¶ 6-16.)

3.     The Tab trademark consists of a textile marker or other material sewn into one of the regular structural seams of the garment.  LS&Co. has used the Tab trademark continuously since 1936 in interstate commerce on clothing products, and owns a number of federal registrations for the mark.  (First Amended Complaint ¶¶ 6-12 & Exs. A and B.)

4.     The Tab trademark is valid and protectable, and exclusively owned by LS&Co. (First Amended Complaint ¶ 11.)  The Tab trademark is famous and recognized around the world and throughout the United States by consumers as signifying authentic, high quality LEVI'S® garments, including jeans and pants.  (*Id*.)

5.     The Tab trademark became famous prior to Defendant's conduct that is the subject of the First Amended Complaint.  (*Id*.)

6.     LS&Co. also owns the family of 500 Series trademarks, including the distinctive trademarks 501®, 505®, 517®, and 569®, among other marks that consist of three digits.  (First Amended Complaint ¶ 13.)  LS&Co. has used the 500 Series trademarks since 1969 continuously in interstate commerce and on clothing products, and owns a number of federal registrations for the mark.  (First Amended Complaint ¶¶ 13-16 & Exs. C and D.)

7.     The 500 Series trademarks became famous prior to Defendant's conduct that is the subject of the First Amended Complaint.  (*Id*.)

8.     Defendant, Spiece Sales, with knowledge of LS&Co.'s trademarks, has manufactured, promoted and sold garments under the brand "Denim Express" that bear designs and marks that are likely to cause confusion regarding the source of the products, or of an affiliation or sponsorship

with LS&Co. or its products or the Tab and 500 Series trademarks, as shown in Exhibit A to this Order. (First Amended Complaint ¶¶ 17-22 & Exs. E and F.) The Denim Express garments bear designs that are confusingly similar to LS&Co.'s marks. (*Id.*) They compete with LS&Co.'s products, and are likely to erode substantial goodwill that LS&Co. has accumulated in its distinctive trademarks over many years. (*Id.*)

### III.   Conclusions of Law

9.   Once a defendant has defaulted, the well-pleaded allegations of the complaint are accepted as true, and the defendant's liability as framed by the complaint is established. *See Adriana Int'l Corp. v. Thoeren*, 913 F.2d 1406, 1414 (9th Cir. 1990), *cert. denied*, 498 U.S. 1109 (1991).

10.   The Lanham Act prohibits the unauthorized use in commerce of "any reproduction, counterfeit, copy, or colorable imitation of a registered mark" where such use is likely to cause confusion, to cause mistake, or to deceive. 15 U.S.C. § 1114(1)(a). To prevail on its trademark infringement claims, LS&Co. must establish that (1) it owns valid and protectable trademarks, and (2) defendants' use of similar designs creates a likelihood of confusion as to the origin or sponsorship of defendants' goods. *See Levi Strauss & Co. v. Blue Bell, Inc.*, 778 F.2d 1352, 1354 (9th Cir. 1985).

11.   The Lanham Act also renders Defendant liable for diluting LS&Co.'s mark if, "at any time after the owner's mark has become famous, [it] commences use of a mark or trade name in commerce that is likely to cause dilution by blurring or dilution by tarnishment of the famous mark, regardless of the presence or absence of actual or likely confusion, of competition, or of actual economic injury." 15 U.S.C. §1125(c).

12.   Spiece Sales' challenged products, examples of which are depicted in Exhibit A according to the relevant marks, infringe and dilute LS&Co.'s Tab and 500 Series trademarks. In manufacturing, offering, promoting, advertising and selling such challenged products, Spiece Sales acted willfully and in disregard of LS&Co.'s rights. (First Amended Complaint ¶¶ 19-22.)

13.   The Lanham Act expressly authorizes courts to grant injunctions to remedy violations of a trademark owner's rights. 15 U.S.C. § 1116(a) (vesting the district court with the "power to grant injunctions, according to principles of equity and upon such terms as the court may deem

reasonable, to prevent the violation of any right" of a trademark owner). "It is well established that courts can issue injunctions as part of default judgments." *China Cent. Television v. Create New Tech. (HK) Ltd.*, 2015 WL 12732432, at *19 (C.D. Cal. Dec. 7, 2015) (quoting *Sony Music Entm't, Inc. v. Elias*, No. CV 03–6387 DT (RCx), 2004 WL 141959, *3 (C. D. Cal. Jan. 20, 2004)).

14. Spiece Sales' actions have caused and, unless enjoined, will cause LS&Co. irreparable harm for which money damages are inadequate. (First Amended Complaint ¶ 22.) A permanent injunction is warranted here, based on LS&Co. demonstration (1) that it has suffered irreparable injury; (2) that there is no adequate remedy at law; (3) "that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted"; and (4) that it is the public's interest to issue the injunction.

15. A permanent injunction is an appropriate remedy for the irreparable harm caused by continuous and ongoing trademark infringement. *See, e.g., Sennheiser Elec. Corp. v. Eichler*, 2013 WL 3811775, at *10 (C.D. Cal. July 19, 2013); *China Cent. Television*, 2015 WL 12732432, at *19. See *Century 21 Real Estate LLC v. RealtyComp.com,* No. C-14-4774 EMC, 2015 WL 1009660, at *5 (N.D. Cal. Mar. 6, 2015).

## IV. Order of Judgment

16. Good cause appearing, it is hereby ordered and adjudged as follows:

   a. Commencing as of the "So Ordered" date of this Judgment and Permanent Injunction, Spiece Sales, its principals, agents, affiliates, employees, officers, directors, servants, privies, successors, and assigns, and all persons acting in concert or participating with it or under its control who receive actual notice of this Order, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following until such time as this Order is dissolved or modified by further Court order:

      i. Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any garment that displays any of the designs and/or designations illustrated in

        Exhibit A to this Order or any other designation and/or design that is at least as similar to the Tab trademark or 500 Series trademarks as the designs shown in Exhibit A are to the identified trademarks (hereinafter collectively the "Prohibited Designs and Designations");

    ii.    Applying, now or in the future, for the federal registration of trademarks for any of the Prohibited Designs and Designations;

    iii.    Licensing or assigning the Denim Express trademark, or the assets or beneficial ownership or control of assets associated with the production of goods under the Denim Express trademark, without disclosing and providing actual notice to the licensee, buyer or assignee of such trademarks or assets;

    iv.    Refusing refunds to any retailer, wholesaler, jobber, distributor or other seller located in the United States or its territories which, upon receiving notice of this Injunction, returns products to Spiece Sales bearing the Prohibited Designs and Designations;

    v.    Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph.

b.    This Injunction shall apply throughout the world to the fullest extent of this Court's jurisdiction. This is a final judgment as to all claims asserted against Defendant in this action.

c.    This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or the punishment for any violations thereof. If LS&Co. commences an action for enforcement of this Judgment, the prevailing party shall be awarded reasonable attorneys' fees and costs from the other party.

/ / /

/ / /

/ / /

17. For the purpose of any future proceeding to enforce the terms of this Judgment, service by certified or registered mail upon a party or their counsel of record at their last known address shall be deemed adequate notice for each party.

IT IS SO ORDERED.

Dated: _____

                                              Edward J. Davila
                                    United States District Judge

# Exhibit A

   



# Denim Express Jeans for men



**Denim Express Jeans** are Made in the USA and provides long lasting denim for our customers who need and want a good denim product. Our original jeans are independently and exclusively made with pride and includes our original patch and pocket treatments.



Denim Express Made in the USA 701 Regular Fit Button Fly jeans
$54.98



Denim Express Made in the USA 712 Slim Fit jeans
$49.98



Denim Express Made in the USA 705 Regular Fit Straight Leg jeans
$49.98

**Denim Express Jeans**

Bookmark our site! | Recommended shopping sites | Complete Jeans Index

**Denim Express** 2000-2013 - All rights reserved

Secure Site

Exhibit A - Page 1 of 8





| JEANS | CLOTHING | SHOES | MENS | WOMENS | KIDS | ACCESSORIES | HOT DEALS | MADE IN USA |

BRAND LOCATOR   A • B • C • D • E • F • G • H • I • J • K • L • M • N • O • P • Q • R • S • T • U • V • W • X • Y • Z

Home > Made in the USA > Denim Express Made in the USA 701 Regular Fit Button Fly jeans



SKU# DE701

### Great Choices



Denim Express Made in the USA 705 Regular Fit Straight Leg jeans
$49.98

# Denim Express Made in the USA 701 Regular Fit Button Fly jeans for men

We're excited to share the news! Denim Express will be offering a New Made in the USA 701 Button fly jean. These comfortable and long lasting jeans will be a favorite and will hold up against any other jeans out there. Made of 14 oz. denim and more importantly **Made in the USA**. We have carefully made these jeans to provide our customer a long lasting product that will have you coming back for more. Featuring a leather patch on the back with copper rivets and stitched with pride.

- Waist – sits at waist
- Seat – regular
- Thigh – regular
- Leg – straight, 16" opening

Button fly, 100% cotton.

If these Denim Express jeans aren't up to your standards, send them back for a full refund-plus the cost of return shipping. We make them, sell them, ship them and back them up!

We have gone to great lengths to create our unique DENIM EXPRESS® brand of jeans, which are independently and exclusively made in the USA by Spiece. Our DENIM EXPRESS® jeans include our original patch and pocket treatments.

☑ Usually ships within 1-2 Business days

Color: [Stonewash DE701 ▼]
Size: [Select Size ▼]
Quantity: [1]
Price: **$54.98**   [ADD TO CART]



Texas State tee
$5.00

Not seeing your perfect inseam? We offer custom hemming for only $5 a pair!
**Click here** for more information.

Denim Express Made in the USA 701 Regular Fit Button Fly jeans



Bookmark our site! | Recommended shopping sites | Complete Jeans Index

Denim Express 2000-2013 - All rights reserved

Secure Site





| JEANS | CLOTHING | SHOES | MENS | WOMENS | KIDS | ACCESSORIES | HOT DEALS | MADE IN USA |

**BRAND LOCATOR**  A • B • C • D • E • F • G • H • I • J • K • L • M • N • O • P • Q • R • S • T • U • V • W • X • Y • Z

Home > Made in the USA > Denim Express Made in the USA 712 Slim Fit jeans

**Great Choices**



SKU# DE712

## Denim Express Made in the USA 712 Slim Fit jeans for men



We are proud to announce our new Denim Express Brand Made in the USA Slim Fit 712 jean. These jeans are comfortable and environmentally friendly and are an American Cotton Growers product. Made of pure 14 oz. SAFEDenim and **Made in the USA**. We have carefully made these jeans to provide our customer a long lasting product that will have you coming back for more. Featuring a leather patch on the back with copper rivets and stitched with pride.

- Waist – sits at waist
- Seat – slim
- Thigh – slim
- Leg – tapered, 16" opening

Zip fly, 100% cotton.

If these Denim Express jeans aren't up to your standards, send them back for a full refund-plus the cost of return shipping. We make them, sell them, ship them and back them up!

We have gone to great lengths to create our unique DENIM EXPRESS® brand of jeans, which are independently and exclusively made in the USA by Spiece. Our DENIM EXPRESS® jeans include our original patch and pocket treatments.

**Usually ships within 1-2 Business days**

Color: [ Stonewash DE712 ▼ ]
Size: [ Select Size ▼ ]
Quantity: [ 1 ]
Price:    **$49.98**



Not seeing your perfect inseam? We offer custom hemming for only $5 a pair! **Click here** for more information.

Denim Express Made in the USA 712 Slim Fit jeans





Denim Express Made in the USA 705 Regular Fit Straight Leg jeans
$49.98



Property of California tee
$5.00

Bookmark our site! | Recommended shopping sites | Complete Jeans Index

Denim Express 2000-2013 - All rights reserved

Secure Site

Exhibit A - Page 3 of 8





| JEANS | CLOTHING | SHOES | MENS | WOMENS | KIDS | ACCESSORIES | HOT DEALS | MADE IN USA |

BRAND LOCATOR  A • B • C • D • E • F • G • H • I • J • K • L • M • N • O • P • Q • R • S • T • U • V • W • X • Y • Z

Home > Made in the USA > Denim Express Made in the USA 705 Regular Fit Straight Leg jeans



SKU# DE705

### Denim Express Made in the USA 705 Regular Fit Straight Leg jeans for men



We are proud to announce our new Denim Express Brand Regular Fit Made in the USA 705 jean. These jeans are comfortable and environmentally friendly and are an American Cotton Growers product. Made of pure 14 oz. SAFEDenim and **Made in the USA**. We have carefully made these jeans to provide our customer a long lasting product that will have you coming back for more. Featuring a leather patch on the back with copper rivets and stitched with pride.

- Waist – sits at waist
- Seat – regular
- Thigh – regular
- Leg – straight, 17" opening

Zip fly, 100% cotton.

If these Denim Express jeans aren't up to your standards, send them back for a full refund-plus the cost of return shipping. We make them, sell them, ship them and back them up!

We have gone to great lengths to create our unique DENIM EXPRESS® brand of jeans, which are independently and exclusively made in the USA by Spiece. Our DENIM EXPRESS® jeans include our original patch and pocket treatments.

✓ Usually ships within 1-2 Business days

Color:   [Stonewash DE705 ▼]
Size:    [Select Size ▼]
Quantity: [1]
Price:   **$49.98**

[ADD TO CART]

Not seeing your perfect inseam? We offer custom hemming for only $5 a pair! **Click here** for more information.

**Denim Express Made in the USA 705 Regular Fit Straight Leg jeans**



#### Great Choices



Denim Express Made in the USA 712 Slim Fit jeans
$49.98



Texas Tried & True tee
$5.00



Bookmark our site! | Recommended shopping sites | Complete Jeans Index

Denim Express 2000-2013 - All rights reserved

Secure Site




| JEANS | CLOTHING | SHOES | MENS | WOMENS | KIDS | ACCESSORIES | HOT DEALS | MADE IN USA |

BRAND LOCATOR   A · B · C · D · E · F · G · H · I · J · K · L · M · N · O · P · Q · R · S · T · U · V · W · X · Y · Z

Home > Made in the USA > Denim Express 701 Regular Fit Button Fly jeans



SKU# DE701

# Denim Express 701 Regular Fit Button Fly jeans for men

We're excited to share the news! Denim Express will be offering a New 701 Button fly jean. These comfortable and long lasting jeans will be a favorite and will hold up against any other jeans out there. Made of 14 oz. denim and more importantly **Made in the USA**. We have carefully made these jeans to provide our customer a long lasting product that will have you coming back for more. Featuring a leather patch on the back with copper rivets and stitched with pride.

- Waist – sits at waist
- Seat – regular
- Thigh – regular
- Leg – straight, 16" opening

Button fly, 100% cotton.

If these Denim Express jeans aren't up to your standards, send them back for a full refund- plus the cost of return shipping. We make them, sell them, ship them and back them up!

We have gone to great lengths to create our unique DENIM EXPRESS® brand of jeans, which are independently and exclusively made in the USA by Spiece. Our DENIM EXPRESS® jeans include our original patch and pocket treatments.

✓ Usually ships within 1-2 Business days

Color:   [Stonewash DE701 ▼]
Size:    [Select Size ▼]
Quantity: [1]
Price:   **$54.98**

[Add to Cart]

Not seeing your perfect inseam? We offer custom hemming for only $5 a pair! **Click here** for more information.

Denim Express 701 Regular Fit Button Fly jeans

**No Sales Tax***

Bookmark our site! | Recommended shopping sites | Complete Jeans Index

Denim Express 2000-2013 - All rights reserved

Easy Shopping

Exhibit A - Page 5 of 8













**CERTIFICATE OF SERVICE**

I declare that I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1900, San Francisco, California 94111.

On the date set forth below, I served by first class mail a true and accurate copy of the foregoing document entitled [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION on the parties in this action by placing said copy in sealed envelopes, each addressed as follows:

> Richard I Spiece Sales Co., Inc.
> c/o Mr. Thomas Spiece
> 515 Crown Hill Drive
> Wabash, Indiana  46992
>
> Mr. Thomas Spiece
> R.I. Spiece Sales Co., Inc.
> 1150 Manchester Avenue
> Wabash, Indiana  46992

I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 15, 2019, at San Francisco, California.

*Robert Brown*
Robert Brown

PROOF OF SERVICE
Case No. 5:16-cv-06344-EJD